### GEORGIA POWER COMPANY *v.* LEONARD.

DORSEY, Judge. This case is controlled by the decision in *Georgia Power Co. v. Leonard,* 12533, ante.

*Judgment affirmed, with modification. Justices Bell, Jenkins, Grice, and Duckworth, and Judges Dorsey and Gardner concur.*